[No. 20886–1–I.   Division One.   October 31, 1988.]

ROBERT VAUGHN, JR., ET AL, *Respondents,* v. HELEN HORN-
BUCKLE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85–4–01679–1, Donald D. Haley, J., entered
July 28, 1987. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 21792–5–I.   Division One.   October 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY BROWN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–05258–5, Jerome M. Johnson, J., entered
January 14, 1988. *Dismissed* by unpublished per curiam
opinion.

[No. 21706–2–I.   Division One.   October 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A.
PEDERSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 87–1–00292–5, Walter J. Deierlein, Jr., J.,
entered January 29, 1988. *Dismissed* by unpublished per
curiam opinion.

[No. 21167–6–I.   Division One.   October 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY BENTLEY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–8–04888–1, Terrence A. Carroll, J., entered
October 5, 1987. *Dismissed* by unpublished per curiam
opinion.